**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

REZA RAJABI,

    Plaintiff,
v.                                                      Case No. 20-10820

CITY OF YPSILANTI.,

    Defendant.
                                                  /

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S**
**MOTIONS FOR A MORE DEFINITE STATEMENT**

Pending before the court is Defendant's motion for a more definite statement and amended motion for a more definite statement. This court's Local Rules require the movant in any motion to seek concurrence before filing and, if concurrence is not obtained, to report that a conference between the parties was held but concurrence was not obtained, or that despite reasonable efforts the movant was unable to conduct such a conference. E.D. Mich. LR 7.1(a). The court expects compliance with both the letter and common-sense substance of Rule 7.1(a). Here, Defendant makes no mention of any effort to seek concurrence, nor in any way explains what, if anything, was done to seek concurrence. Accordingly,

IT IS ORDERED that Defendant's motion for a more definite statement and amended motion for a more definite statement (ECF Nos. 4, 6) are DENIED WITHOUT PREJUDICE.

                                                s/Robert H. Cleland            /
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 6, 2020, by electronic and/or ordinary mail.

                                                    s/Lisa Wagner               /
                                                    Case Manager and Deputy Clerk
                                                    (810) 292-6522

S:\Cleland\Cleland\HEK\Civil\20-10820.RAJABI.deny.without.prejudice.7.1(a).HEK.docx