UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REZA RAJABI,

       Plaintiff,

v.                                            Case No. 20-10820

CITY OF YPSILANTI.,

       Defendant.
                                                  /

**OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION AND INVOLUNTARILY DISMISSING CASE**

On July 23, 2020, the court granted Defendant's motion for a more definite statement and ordered Plaintiff Reza Rajabi to file an amended complaint by August 15, 2020. In that order, the court noted that Plaintiff had failed to file a response to Defendant's motion and specifically warned Plaintiff that his failure to file an amended complaint complying with the court's order would "result in the involuntary dismissal of this case" for lack of prosecution. (ECF No. 11, PageID.79.)

Plaintiff failed to file an amended complaint by the established deadline but now files a motion seeking an extension of time to file an amended complaint because he wants to travel to Iran and sell one of his kidneys to raise additional funds so he can hire an attorney. (ECF No. 12, PageID.80.) Under Federal Rule of Civil Procedure 6(b)(1), extensions of time should be granted only when "good cause" exists. Plaintiff's impractical and inadvisable fundraising scheme does not constitute good cause for the requested extension so this motion will be denied. Even if Plaintiff had a speedy and definite source to obtain funds, there is no guarantee that Plaintiff would be able to find

an attorney willing to pursue his case. Plaintiff's extension would result in an inordinate delay in this case for an uncertain result.

The deadline for Plaintiff to file an amended complaint has now passed without Plaintiff filing an amended complaint. Therefore, pursuant to the court's July 23, 2020 order, the case will be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b) and Eastern District of Michigan Local Rule 41.2. Accordingly,

IT IS ORDERED that Plaintiff's motion for an extension of time (ECF No. 12) is DENIED

IT IS FURTHER ORDERED that the case is DISMISSED.

s/Robert H. Cleland            /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 30, 2020, by electronic and/or ordinary mail.

s/Lisa Wagner            /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C1 ORDERS\20-10820.RAJABI.involuntary.dismissal.HEK.AB.docx